```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARENSON OFFICE FURNISHINGS, INC,

                Plaintiff,

           -against-

MICHAEL KOPELMAN,

                Defendant.

1:20-cv-10497-MKV

ORDER

---

**MARY KAY VYSKOCIL, United States District Judge:**

       This matter is before the Court on Defendant Michael Kopelman's Motion to Dismiss Plaintiff's Complaint filed on June 8, 2021. [ECF No. 18]. On May 11, 2021, this Court set a briefing schedule directing Plaintiff to submit an opposing brief to Defendant's Motion to Dismiss on or before July 7, 2021 and for the Defendant to then reply by July 22, 2021. [ECF No. 17].

       On June 25, 2021, this Court granted the parties' motion to extend briefing deadlines. [ECF No. 22]. Plaintiff was directed to file a brief in opposition to Defendant's Motion to Dismiss by August 6, 2021. [ECF No. 22]. Plaintiff has not filed an opposition brief.

       IT IS HEREBY ORDERED that Plaintiff is to file a brief in opposition to Defendant's Motion to Dismiss filed on June 8, 2021 on or before September 17, 2021. Should the Plaintiff fail to file an opposition brief at that time, Defendant's Motion to Dismiss Plaintiff's Complaint filed on June 8, 2021 shall be considered unopposed.

**SO ORDERED.**

Date: **September 13, 2021**
       **New York, NY**

                                                  */s/ Mary Kay Vyskocil*
                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**